**ALBERT Y. DAYAN**  80-02 Kew Gardens Rd., # 902, Kew Gardens, N.Y 11415
Attorney at Law            Tel: (718) 268-9400:    Fax: (718) 268-9404

*[Handwritten annotation: Upon consent of both parties, motion for court to determine forfeiture and restitution without a jury is granted. So ordered. /s/ Weinstein 5/21/12]*

May 17 2012

By ECF

Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 22 2012 ★
BROOKLYN OFFICE

Re:   United States v. Sachakov
      11-CR-120 (S-2)

Dear Judge Weinstein:

The defendant respectfully writes to advise that, in the event the defendant is convicted of any of the counts charged in the superseding indictment, the defendant will consent to have the Court, as opposed to the jury, determine the defendant's forfeiture liability. The defendant also waives any right to findings on restitution by the jury.

Respectfully submitted,

_____/s/_____
Albert Y. Dayan
Attorney at Law

cc.   All Counsel of Record (via ECF)

